Appeal: 15-4139     Doc: 36     Filed: 10/27/2015     Pg: 1 of 1

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-4139,   US v. Jose Arana-Romero
               5:04-cr-00201-BO-4

TO:    Milton Gordon Widenhouse

FILING CORRECTION DUE:  October 30, 2015

Please make the correction identified below and file a corrected document by the date indicated.

_____

 [x] Incorrect event used. Please refile document using:  response.


T. Fischer, Deputy Clerk
804-916-2704