FILED: December 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-4139
(5:04-cr-00201-BO-4)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

JOSE ARANA-ROMERO, a/k/a Manny,

        Defendant - Appellant.

O R D E R

Jose Arana-Romero seeks to appeal his sentence. The Government has moved to dismiss the appeal as barred by Arana-Romero's waiver of the right to appeal included in the plea agreement. Upon review of the plea agreement and the transcript of the Fed. R. Crim. P. 11 hearing, we conclude that Arana-Romero knowingly and voluntarily waived his right to appeal and that the issue Arana-Romero seeks to raise on appeal falls squarely within the compass of his waiver of appellate rights. Accordingly, we grant the Government's motion to dismiss.

Entered at the direction of the panel: Judge Wilkinson, Judge Floyd, and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk